UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE ARNOLD MONTIEL,

Plaintiff,

v.

JOSHUA GRIFFITH et al.,

Defendants.

Case No. 1:26-cv-1797

Honorable Ray Kent

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES AND DENYING MOTION TO APPOINT COUNSEL**

In accordance with the opinion entered this day,

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that Plaintiff's motion to appoint counsel (ECF No. 1, PageID.5) is **DENIED**.

Dated: November 3, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge