UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE ARNOLD MONTIEL,

Plaintiff,

v.

JOSHUA GRIFFITH et al.,

Defendants.

Case No. 1:26-cv-1797

Honorable Ray Kent

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated: November 3, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge